# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-10724-SVW-SS | Date | February 21, 2020 |
|---|---|---|---|
| Title | Mimoun v. FCA US LLC et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER REMANDING CASE

The case is remanded to state court because this Court lacks diversity jurisdiction from the face of the complaint. Defendant's argument that Plaintiff does not intend to pursue a claim against the California-based dealership has no legal or factual support.

Initials of Preparer  PMC